JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LOCKHART, | Case No. CV 22-1382 FMO (KESx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LOGISTICS LLC, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 20th day of July, 2022.

/s/
Fernando M. Olguin
United States District Judge